**Order entered January 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00626-CR**
**No. 05-22-00627-CR**

**JUAN PABLO ESPINALCRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-22246-H & F21-00592-H**

**ORDER**

Before the Court is appellant's January 12, 2023 motion to extend the time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/    NANCY KENNEDY
           JUSTICE